People of State of Illinois, Appellee, v. Sylvester Hodrick, Appellant.

**Gen. Nos. 46,595, 46,596, consolidated.**

First District, First Division.

May 13, 1955.

Released for publication June 20, 1955.

Ransom & Ransom, for appellant; Robert C. Ransom, of counsel; John Gutknecht, State's Attorney of Cook county, for appellee; John T. Gallagher, and Rudolph L. Janega, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.**